FILED
2021 Jul-22  PM 03:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT G

**Holbrook, Bryan**

---

**From:**          Nicole Edwards <nicole@edwardsattys.com>
**Sent:**          Wednesday, July 21, 2021 4:03 PM
**To:**            Holbrook, Bryan
**Cc:**            Blake Edwards; Klass, David
**Subject:**       Re: Meet and Confer re: 30(b)(6) Topics

**Importance:**    High

Bryan,

We standby all our 30b6 topics and we have gone back and forth with y'all meeting and conferring at least 5 times about this issue. So it is not a violation of the order because the order says  "If the dispute is not resolved at mediation Defendant may file a motion to compel by 5:00 p.m. on July 22, 2021, and Plaintiff's response will be due by 5 p.m. on July 26, 2021. If such motion is filed, the discovery deadline will be extended by 14 days for the sole purpose of taking the deposition(s) at issue."

Also the 30b6 deposition will be postponed until we are heard on our motion for leave to compel documents. We are entitled to those documents before we depose the corporate representative.

Sincerely,


Nicole Davis Edwards
Edwards & Edwards Attorneys and Mediators, Professional LLC
3603 Pine Lane SE, Suite C
Bessemer, AL 35022
(205) 549-1379
www.edwardsattys.com


CONFIDENTIALITY: This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and deleting this copy and the reply from your system. Thank you.

IRS CIRCULAR 230 DISCLOSURE: Unless explicitly stated to the contrary, this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein. Thank you.




On Jul 21, 2021, at 2:46 PM, Holbrook, Bryan <bholbrook@fisherphillips.com> wrote:

Blake and Nicole,

Good afternoon. This email is to confirm David's offer, as required under Judge Manasco's Order entered on 7/19/21, to discuss resolution of the outstanding issues related to the Rule 30(b)(6) deposition while counsel were together at mediation. The Order is embedded here:

| 07/19/2021 | 49 | TEXT ORDER- This case is before the court on Defendant's motion for leave to file a motion to compel. Doc. 48 . It appears that the dispute underlying the motion may still be amenable to resolution in whole or in part by agreement of counsel at mediation on July 21, 2021, if it has not already been so resolved. If the dispute is not resolved at mediation, Defendant may file a motion to compel by 5:00 p.m. on July 22, 2021, and Plaintiff's response will be due by 5 p.m. on July 26, 2021. If such motion is filed, the discovery deadline will be extended by 14 days for the sole purpose of taking the deposition(s) at issue. Signed by Judge Anna M Manasco on 7/19/21. (MRR, ) (Entered: 07/19/2021) |
|---|---|---|

You refused to confer with David and indicated you would get back to us. We believe this is a clear violation of your duty under the Order to meet and confer with us further if the case was not resolved at mediation and will be noting as much in our motion tomorrow. David is now driving back from Alabama, and I will be leaving for the airport shortly to prepare Mr. Fernandez for his deposition, so we need to know your position immediately. If we do not hear from you by 5pm, **Eastern Standard Time**, we will be seeking our associated costs in our motion given your refusal to confer with us as required by the Court's Order.

Thanks,

Bryan



**Bryan Holbrook**
**Attorney at Law**

Fisher & Phillips LLP
227 West Trade Street | Suite 2020 | Charlotte, NC 28202
bholbrook@fisherphillips.com | O: (704) 778-4173 C: (540) 230-2398 |

vCard  |  Bio  |  Website   *On the Front Lines of Workplace Law℠*

*This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error, then immediately delete this message.*