# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD J. MCCLINTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | **Case No.: 2:20-cv-543-AMM** |
| ) | |
| **COGENCY GLOBAL, INC.,** ) | |
| **d/b/a CAPSTONE LOGISTICS,** ) | |
| **LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER TO SHOW CAUSE

The court has reviewed Defendant's motion to strike. Doc. 77. Plaintiff is **ORDERED** to show cause, if there be any, within seven days why his briefs, Docs. 72, 75, should not be stricken.

**DONE** and **ORDERED** this 7th day of July, 2022.



_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE