# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD J. MCCLINTON,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **COGENCY GLOBAL, INC.,** ) <br> **d/b/a CAPSTONE LOGISTICS,** ) <br> **LLC,** ) <br> ) <br> **Defendant.** ) | **Case No.: 2:20-cv-543-AMM** |

## ORDER

This case is **SET** for a status conference and hearing on Wednesday, **JANUARY 4, 2023**, at **1:00 p.m.**, in Courtroom 5B, Hugo L. Black United States Courthouse, Birmingham, Alabama. The hearing will address the issue of sanctions raised in the order denying summary judgment. Counsel are **ORDERED** to inform the court no later than **NOON** on Tuesday, **JANUARY 3, 2023**, whether they believe this case is a suitable candidate for mediation. If counsel agree that the case is a suitable candidate, the court will cancel the hearing and status conference and enter an appropriate mediation order.

**DONE** and **ORDERED** this 14th day of December, 2022.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE