# **EXHIBIT A**



**AIG Specialty Insurance Company**

A capital stock company

**NOTICE: THIS INSURER IS NOT LICENSED IN THE STATE OF NEW YORK AND IS NOT SUBJECT TO ITS SUPERVISION.**

# PrivateEdge Plus

Management Liability, Professional Liability, Crime Coverage and Kidnap And Ransom/Extortion Coverage for Private Companies

## DECLARATIONS

POLICY NUMBER: *02-423-44-84*        REPLACEMENT OF POLICY NUMBER: *01-841-37-72*

---

**NOTICES**

[THESE NOTICES ARE APPLICABLE TO ALL COVERAGE SECTIONS OTHER THAN THE CRIME COVERAGE SECTION AND KIDNAP AND RANSOM/EXTORTION COVERAGE SECTION]

COVERAGE WITHIN THIS POLICY IS GENERALLY LIMITED TO LOSS FROM CLAIMS FIRST MADE AGAINST INSUREDS DURING THE POLICY PERIOD AND REPORTED TO THE INSURER AS THE POLICY REQUIRES. DEFENSE COSTS REDUCE THE LIMITS OF LIABILITY (AND, THEREFORE, AMOUNTS AVAILABLE TO RESPOND TO SETTLEMENTS AND JUDGMENTS) AND ARE APPLIED AGAINST APPLICABLE RETENTIONS.

THE INSURER DOES NOT ASSUME ANY DUTY TO DEFEND UNLESS SUCH COVERAGE IS EXPRESSLY PROVIDED WITHIN A COVERAGE SECTION. WHERE THE INSURER HAS NO DUTY TO DEFEND, IT WILL ADVANCE DEFENSE COSTS, EXCESS OF THE APPLICABLE RETENTION, PURSUANT TO THE TERMS OF THIS POLICY PRIOR TO THE FINAL DISPOSITION OF A CLAIM. PLEASE REFER TO THE COVERAGE SECTIONS PURCHASED FOR DEFENSE RELATED DETAILS.

PLEASE READ THE POLICY CAREFULLY AND DISCUSS THE COVERAGE HEREUNDER WITH YOUR INSURANCE AGENT OR BROKER TO DETERMINE WHAT IS AND WHAT IS NOT COVERED.

---

| ITEMS | | | |
|---|---|---|---|
| 1 | **NAMED ENTITY:** | (the "Named Entity") | *CAPSTONE LOGISTICS HOLDINGS, INC.* |
| | | MAILING ADDRESS: | *6525 THE CORNERS PKWY*<br>*NORCROSS, GA 30092-3344* |
| | | STATE OF INCORPORATION/FORMATION: | *Georgia* |
| 2 | **POLICY PERIOD:** | Inception Date: *October 22, 2018* | Expiration Date: *October 22, 2019* |
| | | 12:01 A.M. at the address stated in Item 1 | |

*1531875*

95860 (9/07)                                        1                                ⓒ All rights reserved.

ITEMS (continued)

### 3  COVERAGE SUMMARY

| Liability Coverage Section | Separate Limit of Liability | Shared Limit of Liability | Retention/ Deductible* | Continuity/ Retroactive Date | Premium |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| EPL / Employment Practices Coverage Section | $10,000,000 | *Inapplicable* | $ | *Continuity: 09/16/2011* |  |
|  |  |  |  |  |  |

### 4  TOTAL PREMIUM

*1531875*

95860 (9/07)     2     © All rights reserved.