FILED
2023 Feb-14  PM 03:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

# **EXHIBIT B**

# EDWARDS & EDWARDS

## ATTORNEYS AND MEDIATORS, PROFESSIONAL LLC

3603 Pine Lane SE, Suite C, Bessemer, AL 35022
www.edwardsattys.com
205.549.1379

**BLAKE CLIFTON EDWARDS**
E-mail: blake@edwardsattys.com



**NICOLE DAVIS EDWARDS**
E-mail: nicole@edwardsattys.com

January 29, 2023

**<u>VIA ELECTRONIC MAIL</u>**
Fisher Phillips
David I. Klass, Esq.
Email: dklass@fisherphillips.com

Marion F. Walker, Esq.
Email: mfwalker@fisherphillips.com

Bryan Holbrook, Esq.
Email: bholbrook@fisherphillips.com

**RE:**    *Defendant's Initial Disclosures Production on Its Insurance Carrier*

Dear All,

Last week after our hearing, Mr. Klass informed us that Capstone has not had insurance from AIG Specialty Insurance Company ("AIG") in this case. However, Capstone held AIG out to be its insurance carrier when it produced a redacted declaration page (Capstone 1210-1211) from AIG on January 8, 2021 as a part of its Rule 26 initial disclosures.

Thus, in light of Alabama Rule of Civil Procedure Rule 37(a)(3)(A), please help us solve the problem as to why Capstone gave us a AIG insurance declaration page when AIG is not Capstone's carrier in this case. We need to know by Monday, January 30, 2023 by 5 p.m. EST and 4 p.m. CST. Thank you.

Sincerely,

*/s/ Blake C. Edwards, Esq.*

*/s/ Nicole D. Edwards, MBA, Esq.*