# **EXHIBIT 1**

# Backpay, Benefits and Interest Calculation
*McClinton v. Capstone*

| Year & Month | Backpay Base Rate | Benefits [($455.33 * 26 pay periods/yr) / 12 mths] | Gross Backpay w/o Interest | Mitigation | Cumulative Backpay w/o Interest | Interest Rate | Monthly Interest Rate (Interest Rate / 12 mths) | Interest this Month | Cumulative Backpay Interest |
|---|---|---|---|---|---|---|---|---|---|
| 2019 Jan | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0% | 0.00% | $0.00 | $0.00 |
| Feb | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0% | 0.00% | $0.00 | $0.00 |
| Mar | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0% | 0.00% | $0.00 | $0.00 |
| Apr (terminated) | $1,161.29 | $291.91 | $1,453.20 | $0.00 | $1,453.20 | 6.0% | 0.50% | $0.00 | $1,453.20 |
| May | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $6,364.47 | 6.0% | 0.50% | $31.82 | $6,396.29 |
| June | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $11,275.74 | 6.0% | 0.50% | $56.54 | $11,364.10 |
| July | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $16,187.01 | 5.0% | 0.42% | $67.81 | $16,343.18 |
| Aug | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $21,098.28 | 5.0% | 0.42% | $88.56 | $21,343.01 |
| Sept | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $26,009.55 | 5.0% | 0.42% | $109.39 | $26,363.67 |
| Oct | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $30,920.82 | 5.0% | 0.42% | $130.31 | $31,405.26 |
| Nov | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $35,832.09 | 5.0% | 0.42% | $151.32 | $36,467.85 |
| Dec | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $40,743.36 | 5.0% | 0.42% | $172.41 | $41,551.53 |
| 2020 Jan | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $45,654.63 | 5.0% | 0.42% | $193.59 | $46,656.39 |
| Feb | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $50,565.90 | 5.0% | 0.42% | $214.87 | $51,782.53 |
| Mar | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $55,477.17 | 5.0% | 0.42% | $236.22 | $56,930.02 |
| Apr | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $60,388.44 | 5.0% | 0.42% | $257.67 | $62,098.97 |
| May | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $65,299.71 | 5.0% | 0.42% | $279.21 | $67,289.44 |
| June | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $70,210.98 | 5.0% | 0.42% | $300.84 | $72,501.55 |
| July | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $75,122.25 | 3.0% | 0.25% | $193.53 | $77,606.35 |
| Aug | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $80,033.52 | 3.0% | 0.25% | $206.29 | $82,723.92 |
| Sept | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $84,944.79 | 3.0% | 0.25% | $219.09 | $87,854.28 |
| Oct | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $89,856.06 | 3.0% | 0.25% | $231.91 | $92,997.46 |
| Nov | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $94,767.33 | 3.0% | 0.25% | $244.77 | $98,153.50 |

# Backpay, Benefits and Interest Calculation

*McClinton v. Capstone*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Dec | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $99,678.60 | 3.0% | 0.25% | $257.66 | $103,322.43 |
| 2021 Jan | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $104,589.87 | 3.0% | 0.25% | $270.58 | $108,504.29 |
| Feb | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $109,501.14 | 3.0% | 0.25% | $283.54 | $113,699.10 |
| Mar | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $114,412.41 | 3.0% | 0.25% | $296.53 | $118,906.89 |
| Apr | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $119,323.68 | 3.0% | 0.25% | $309.55 | $124,127.71 |
| May | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $124,234.95 | 3.0% | 0.25% | $322.60 | $129,361.57 |
| June | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $129,146.22 | 3.0% | 0.25% | $335.68 | $134,608.53 |
| July | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $134,057.49 | 3.0% | 0.25% | $348.80 | $139,868.60 |
| Aug | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $138,968.76 | 3.0% | 0.25% | $361.95 | $145,141.82 |
| Sept | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $143,880.03 | 3.0% | 0.25% | $375.13 | $150,428.22 |
| Oct | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $148,791.30 | 3.0% | 0.25% | $388.35 | $155,727.84 |
| Nov | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $153,702.57 | 3.0% | 0.25% | $401.60 | $161,040.71 |
| Dec | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $158,613.84 | 3.0% | 0.25% | $414.88 | $166,366.86 |
| 2022 Jan | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $163,525.11 | 3.0% | 0.25% | $428.20 | $171,706.32 |
| Feb | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $168,436.38 | 3.0% | 0.25% | $441.54 | $177,059.13 |
| Mar | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $173,347.65 | 3.0% | 0.25% | $454.93 | $182,425.33 |
| Apr | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $178,258.92 | 4.0% | 0.33% | $624.46 | $187,961.06 |
| May | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $183,170.19 | 4.0% | 0.33% | $642.91 | $193,515.23 |
| June | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $188,081.46 | 4.0% | 0.33% | $661.42 | $199,087.93 |
| July | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $192,992.73 | 5.0% | 0.42% | $850.00 | $204,849.19 |
| Aug | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $197,904.00 | 5.0% | 0.42% | $874.00 | $210,634.46 |
| Sept | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $202,815.27 | 5.0% | 0.42% | $898.11 | $216,443.84 |
| Oct | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $207,726.54 | 6.0% | 0.50% | $1,106.78 | $222,461.89 |
| Nov | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $212,637.81 | 6.0% | 0.50% | $1,136.87 | $228,510.02 |
| Dec | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $217,549.08 | 6.0% | 0.50% | $1,167.11 | $234,588.40 |
| 2023 Jan | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $222,460.35 | 7.0% | 0.58% | $1,397.08 | $240,896.75 |
| Feb | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $227,371.62 | 7.0% | 0.58% | $1,433.88 | $247,241.90 |

# Backpay, Benefits and Interest Calculation
## *McClinton v. Capstone*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Mar | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $232,282.89 | 7.0% | 0.58% | $1,470.89 | $253,624.06 |
| Apr | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $237,194.16 | 7.0% | 0.58% | $1,508.12 | $260,043.46 |
| May | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $242,105.43 | 7.0% | 0.58% | $1,545.57 | $266,500.30 |
| June | $3,924.72 | $986.55 | $4,911.27 | $0.00 | $247,016.70 | 7.0% | 0.58% | $1,583.23 | $272,994.80 |

Gross Lost Wages: Mr. McCinton's annual salary in April of 2019 with Capstone was $47,096.66. He was paid bi-weekly or 26 times per year. The evidence will show that the value of McClinton's benefits package from Capstone was $455.33 per paycheck.

Interest Rate: The interest rate is the interest rate used by the NLRB to calculate interest on backpay and other monetary remedies:
https://www.opm.gov/policy-data-oversight/pay-leave/pay-administration/fact-sheets/interest-rates- used-for-computation-of-back-pay/
The interest rate is per annum. Thus it is divided by 12 for each month in the "Interest per Month" column.