# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD J. McCLINTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | **Civil Action No. 2:20-cv-00543-AMM** |
| ) | |
| **COGENCY GLOBAL INC, d/b/a** ) | |
| **CAPSTONE LOGISTICS, LLC,** ) | |
| ) | |
| **Defendant.** | |

## CERTIFICATION OF CIRCULATION

Undersigned counsel certifies that on May 5, 2023, the Court's Order and Reprimand (ECF No. 108) was circulated to all attorneys at Fisher & Phillips LLP.

Dated this 8th day of May 2023.

1

Respectfully submitted,

/s/ David I. Klass
David I. Klass
*Admitted Pro Hac Vice*
R. Bryan Holbrook
*Admitted Pro Hac Vice*
**FISHER & PHILLIPS LLP**
227 West Trade Street
Suite 2020
Charlotte, North Carolina 28202
Tel: (704) 334-4565
Fax: (704) 334-9774
dklass@fisherphillips.com
bholbrook@fisherphillips.com

and

/s/ Edward F. Harold
Edward F. Harold, ASB No.
**FISHER & PHILLIPS LLP**
201 St. Charles Avenue
Suite 3710
New Orleans, LA 70170
Tel: (504) 522-3303
Fax: (504) 529-3850
eharold@fisherphillips.com

*ATTORNEYS FOR DEFENDANT*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD J. McCLINTON,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 2:20-cv-00543 |
| ) | AMM |
| **COGENCY GLOBAL INC, d/b/a** ) | |
| **CAPSTONE LOGISTICS, LLC,** ) | |
| ) | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2023, I filed the foregoing with the court's CM/ECF system, which will send a notification via email to the following:

Nicole Davis Edwards, Esq.
Blake Clifton Edwards, Esq.
EDWARDS & EDWARDS
ATTORNEYS AND MEDIATORS, PLLC
3603 Pine Lane, Suite C
Bessemer, Alabama 35022
Tel: (205) 549-1379
Fax: (205) 719 - 4033
E-mail: nicole@edwardsattys.com
blake@edwardsattys.com
*Attorneys for Plaintiff*

Dated this 8th day of May 2023.          Respectfully submitted,

*/s/ Edward F. Harold*
Edward F. Harold
Attorney for Defendant
**FISHER & PHILLIPS LLP**

FP 47058990.1