FILED
2023 Jun-02 PM 05:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

FILED
JUN 02 2023
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### Southern Division

| | |
|---|---|
| RICHARD J. McCLINTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 2:20-cv-00543-AMM |
| ) | |
| CAPSTONE LOGISTICS, LLC, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

## Verdict Form - Age Discrimination in Employment Act

**Do you find from a preponderance of the evidence:**

1. That Capstone fired Mr. McClinton because of his age?

    Answer Yes or No ___NO___

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Mr. McClinton should be awarded damages?

    Answer Yes or No _____

    If your answer is "Yes," in what amount? $_____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _June 2, 2023_

# Verdict Form - 4.11 Americans with Disabilities Act – Disparate-Treatment Claim

**Do you find from a preponderance of the evidence:**

1. That Mr. McClinton had a "disability?"

    Answer Yes or No ___Yes___

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Mr. McClinton was a "qualified individual?"

    Answer Yes or No ___Yes___

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Capstone fired Mr. McClinton because of his disability?

    Answer Yes or No ___Yes___

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

4. That Mr. McClinton should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

Answer Yes or No ___Yes___

If your answer is "Yes,"
in what amount? $ __272,000.00__

5. That Mr. McClinton should be awarded damages to compensate for emotional pain and mental anguish?

Answer Yes or No ___Yes___

If your answer is "Yes,"
in what amount? $ __200,000.00__

If you did not award damages in response to either Question Nos. 4 or 5, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If you awarded damages in response to Question Nos. 4 or 5 (or both), go to the next question.

6. That punitive damages should be assessed against Capstone?

Answer Yes or No ___Yes___

If your answer is "Yes,"
in what amount? $ __544,000.00__

SO SAY WE ALL.

DATE: __June 2, 2023__      Foreperson's Signature __[signature]__

## Verdict Form – 4.12 Americans with Disabilities Act – Reasonable Accommodation Claim

**Do you find from a preponderance of the evidence:**

1. That Mr. McClinton had a "disability?"

    Answer Yes or No ___Yes___

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Mr. McClinton was a "qualified individual?"

    Answer Yes or No ___Yes___

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Capstone knew of Mr. McClinton's disability?

    Answer Yes or No ___Yes___

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

4. That Mr. McClinton requested an accommodation?

    Answer Yes or No ___Yes___

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

5. That a reasonable accommodation existed that would have allowed Mr. McClinton to perform the essential functions of the job?

Answer Yes or No ___Yes___

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

6. That Capstone failed to provide a reasonable accommodation?

Answer Yes or No ___Yes___

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

7. That Capstone made good faith efforts to identify and make a reasonable accommodation for Mr. McClinton?

Answer Yes or No ___No___

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

8. That Mr. McClinton's requested accommodation would have imposed an undue hardship on the operation of Capstone's business?

>   Answer Yes or No ___No___

If your answer is "Yes," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

9. That Mr. McClinton should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

>   Answer Yes or No ___Yes___
>
>   If your answer is "Yes,"
>   in what amount? $ 272,000.00

10. That Mr. McClinton should be awarded damages to compensate for emotional pain and mental anguish?

>   Answer Yes or No ___Yes___
>
>   If your answer is "Yes,"
>   in what amount? $ 200,000.00

If you did not award damages in response to either Question Nos. 9 or 10, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If you awarded damages in response to Question Nos. 9 or 10 (or both), go to the next question.

11. That punitive damages should be assessed against Capstone?

                Answer Yes or No    Yes

                If your answer is "Yes,"
                in what amount? $ 544,000.00

SO SAY WE ALL.

DATE: June 2, 2023                 Foreperson(s) Signature

## Verdict Form – 4.22 Retaliation – Americans with Disabilities Act

**Do you find from a preponderance of the evidence:**

1. That Mr. McClinton engaged in protected activity?

    Answer Yes or No __Yes__

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Capstone took the adverse employment action because of Mr. McClinton's protected activity?

    Answer Yes or No __Yes__

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Mr. McClinton suffered damages because of the adverse employment action?

    Answer Yes or No __Yes__

4. That Mr. McClinton should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

    Answer Yes or No __Yes__
    If your answer is "Yes,"
    in what amount? $ __272,000.00__

5. That Mr. McClinton should be awarded damages to compensate for emotional pain and mental anguish?

> Answer Yes or No **Yes**
>
> If your answer is "Yes,"
> in what amount? $ **200,000.00**

If you did not award damages in response to either Question Nos. 4 or 5, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If you awarded damages in response to Question Nos. 4 or 5 (or both), go to the next question.

6. That punitive damages should be assessed against Capstone?

> Answer Yes or No **Yes**
>
> If your answer is "Yes,"
> in what amount? $ **544,000.00**

SO SAY WE ALL.

DATE: *June 2, 2023*

Foreperson's Signature [signed]

# Verdict Form – 4.16 Family and Medical Leave Act – Interference Claims

**Do you find from a preponderance of the evidence:**

1. That Mr. McClinton was eligible for FMLA leave?

    Answer Yes or No    <u>Yes, undisputed by the parties</u>

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2. That Mr. McClinton was entitled to FMLA leave?

    Answer Yes or No   <u>Yes</u>

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3. That Mr. McClinton gave Capstone proper notice of his need for leave?

    Answer Yes or No   <u>Yes</u>

    If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

4. That Capstone interfered with Mr. McClinton's FMLA rights?

    Answer Yes or No   <u>Yes</u>

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

5.  That Mr. McClinton should be awarded damages?

    Answer Yes or No ___Yes___

    If your answer is "Yes,"
    in what amount? $ _200,000.00_

SO SAY WE ALL.

DATE: _June 2, 2023_                    Foreperson's Signature

## Verdict Form – 4.15 Family and Medical Leave Act – Retaliation Claims

**Do you find from a preponderance of the evidence:**

1.  That Mr. McClinton was entitled to FMLA leave?

    Answer Yes or No ___Yes___

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

2.  That Mr. McClinton properly requested FMLA leave?

    Answer Yes or No ___No___

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

3.  That Capstone took the adverse employment action because of Mr. McClinton's protected activity?

    Answer Yes or No ___Yes___ DSK

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

4.  That Mr. McClinton should be awarded damages?

   Answer Yes or No _____

   If your answer is "Yes,"
   in what amount? $_____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _June 2, 2023_