FILED
2023 Jul-17  PM 04:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

## PLAINTIFF'S EXPENSES IN McCLINTON V. CAPSTONE LOGISTICS, LLC

| No. | Expense Action | Cost |
|---|---|---|
| 1 | Filing Fee | $400.00 |
| 2 | Postage for Service | $20.21 |
| 3 | Depo of Richard McClinton | $1,126.20 |
| 4 | Depo of Tiffany Teamer | $601.75 |
| 5 | Depo of Jose Fernandez 30(b)(6) | $859.54 |
| 6 | Depo of Travis Collins | $563.80 |
| 7 | Depo of Donald Langley | $1,230.34 |
| 8 | Mediation | $1,300.00 |
| 9 | Fed Ex Copies (Court's Courtesy trial binder) | $185.48 |
| 10 | FedEx Demonstrative Fee | $208.61 |
| 11 | Witness Fee | $60.70 |
| 12 | Process Server Fees | $215.00 |
| 13 | Trial Transcript | $812.70 |
| 14 | 4.20.21 - Round Trip Mileage to PL's deposition | $24.08 |
| 15 | 7.21.21 - Round Trip Mileage to Mediation | $23.52 |
| 16 | 1.24.23 - Round Trip Mileage to Sanctions Hearing | $27.51 |
| 17 | 1.24.23 - Parking fees | $2.25 |
| 18 | 4.17.23 - Round Trip Mileage to Pre-trial Conf. | $27.51 |
| 19 | 4.17.23 - Parking fees | $2.25 |
| 20 | 5.17.23 - Round Trip Mileage to MIL Hearing | $27.51 |
| 21 | 5.17.23 - Parking fees | $2.25 |
| 22 | 5.26.23 - Round Trip Mileage to Final Pre-trial Conf | $27.51 |
| 23 | 5.26.23 - Parking fees | $5.75 |
| 24 | 5.30.23 - Round Trip Mileage to Trial | $27.51 |
| 25 | 5.30.23 - Parking fees | $2.45 |
| 26 | 5.31.23 - NE Round Trip Mileage to Trial | $27.51 |
| 27 | 5.31.23 - Parking fees | $9.00 |
| 28 | 5.31.23 - BE Round Trip Mileage to Trial | $27.51 |
| 29 | 5.31.23 - Parking fees | $9.00 |
| 30 | 6.1.23 - Round Trip Mileage to Trial | $27.51 |
| 31 | 6.1.23 - Parking fees | $9.00 |
| 32 | 6.2.23 - Round Trip Mileage to Trial | $27.51 |
| 33 | 6.2.23 - Parking fees | $18.00 |

| | | |
|---|---|---|
| 34 | Trial Exhibit Binders Paper copies in office @ $.50/page | $2,120.00 |
| 35 | 1,586 paper copies in office @ $.50/page for depositions, motions, pleadings, and discovery | $793.00 |
| **TOTAL** | | $10,852.47 |

2023 mileage is $.655
2022 mileage was $.625
2021 mileage was $.56
https://www.irs.gov/tax-professionals/standard-mileage-rates