# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD J. MCCLINTON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No.: 2:20-cv-543-AMM** |
| ) | |
| **COGENCY GLOBAL, INC.,** ) | |
| d/b/a **CAPSTONE LOGISTICS,** ) | |
| **LLC,** ) | |
| ) | |
| **Defendant.** ) | |

## AMENDED FINAL JUDGMENT

In accordance with the memorandum opinion entered contemporaneously herewith, the court **AMENDS** the Final Judgment entered on June 2, 2023 (Doc. 163) as set out below.

Pursuant to the jury verdict rendered on June 2, 2023 (Doc. 162), and the Memorandum Opinion entered contemporaneously herewith, it is **ORDERED**, **ADJUDGED**, and **DECREED**, that judgment is entered in favor of Plaintiff Richard J. McClinton and against Defendant Capstone Logistics, LLC ("Capstone") as follows:

(1) Mr. McClinton shall have and recover from Capstone backpay and pre-judgment interest in the amount of $272,000 total.

(2) Mr. McClinton shall have and recover from Capstone compensatory and punitive damages in the amount of $300,000 total for all his claims under the ADA.

(3) Capstone shall reinstate Mr. McClinton to a full-time, second-shift supervisor position paying at least $47,096.66 per year within a 45-mile radius of Birmingham, Alabama.

(4) Mr. McClinton shall have and recover from Capstone damages in the amount of $200,000, with interest, and liquidated damages equal to the sum of the damages and interest, for his FMLA Interference claim.

In addition, pursuant to the Memorandum Opinion entered contemporaneously herewith, Mr. McClinton's motion for attorney's fees and expenses, Doc. 178, is **GRANTED** and Capstone is **ORDERED** to pay Mr. McClinton attorney's fees and expenses in the amount of $221,382.71.

**DONE** and **ORDERED** this 27th day of March, 2024.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE